# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES PETER PANTELAKOS, JR.,**
                      **Plaintiff,**

**-vs-**                                      **Case No.  6:11-cv-947-Orl-36DAB**

**MICHAEL SPADAFORA,  DANIEL**
**OGDEN, CANDICE MATTHEWS,**
**SERGEANT GAMIN, FRANCES**
**DUFRENSE, and all unknown others, in**
**their individual and official capacities,**
                      **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed

herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS SHERIFF PARKER, BREVARD COUNTY, SPADAFORA, OGDEN, MATTHEWS, GAMIN AND DUFRESNE'S MOTION FOR MISCELLANEOUS RELIEF (Doc. No. 69)** |
| **FILED:** | **October 3, 2012** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **DEFENDANT, BRIAN ONEK'S EMERGENCY MOTION TO CLARIFY ORDER FOR SETTLEMENT CONFERENCE (Doc. No. 71)** |
| **FILED:** | **October 4, 2012** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Settlement Conference scheduled for October 17, 2012 and the pre-settlement conference meet and confer requirements are **CANCELED**.   The settlement conference may be reset after the pending dispositive motions are resolved.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.  If counsel for any party has a telephone or facsimile number or email address for Plaintiff, counsel should promptly inform Plaintiff that the settlement conference has been canceled.

**DONE** and **ORDERED** in Orlando, Florida on October 4, 2012.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE